No. 462. J. F. FITZGERALD CONSTRUCTION CO. *v*. PEDERSEN. November 6, 1944. Petition for writ of certiorari

to the Supreme Court of New York granted limited to the second question presented by the petition for the writ. *Mr. Henry E. Foley* for petitioner. *Mr. William E. J. Connor* for respondent.